**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ROY ALLEN JOHNSON,** § <br> § <br> **Plaintiff,** § <br> § <br> **v.** § <br> § <br> **COMMISSIONER, SOCIAL SECURITY** § <br> **ADMINISTRATION,** § <br> § <br> **Defendant.** § | **CIVIL ACTION NO. 6:18-CV-00610-TH** |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On November 23, 2018, Plaintiff initiated the above entitled and numbered civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits.  The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  On June 24, 2020, the Magistrate Judge issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the action be dismissed with prejudice.  Docket No. 13. No objections have been timely filed. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**SIGNED** this the 14 day of **July, 2020.**

_____
Thad Heartfield
United States District Judge